UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00327

**Jimmy Garcia,**
*Plaintiff,*

v.

**Unknown Garza et al.,**
*Defendants.*

## ORDER

Plaintiff Jimmy Garcia, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On September 8, 2021, the magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice as duplicative of a prior pending suit. Doc. 9. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on October 6, 2021.*

J. CAMPBELL BARKER
United States District Judge